63

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 29 1996

Michael N. Milby, Clerk of Court

| | |
|---|---|
| AMERICOM PAGING CORP., | § |
| Plaintiff, | § |
| v. | §  CIVIL ACTION NO. H-95-434 |
| MOTOROLA, INC., *et al*, | § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion signed on February 23, 1996, the Court finds that Motorola, Inc.'s Motion for Summary Judgment should be GRANTED.

Because Motorola has prevailed in this action costs are to be borne by Plaintiff Americom Paging Corp. *See* FED. R. CIV. P. 54(d).

So ORDERED.

THIS IS A FINAL JUDGMENT.

The clerk shall enter this order and provide a true copy to all parties.

SIGNED this 26th day of February, 1996.

_____
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE